FILED

AUG - 1 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CONNIE LAR, guardian of J.O., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>BILLINGS SCHOOL DISTRICT, a public school district,<br><br>Defendant. | CV 17-127-BLG-SPW-TJC<br><br>ORDER |

Upon Stipulation for Dismissal with Prejudice (Doc. 31) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 1st day of August, 2019.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1